No. 312A19                                         TENTH JUDICIAL DISTRICT

## SUPREME COURT OF NORTH CAROLINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| | ) | |
| NHUNG HA and NHIEM TRAN | ) | |
| | ) | |
| | ) | |
| v. | ) | From Wake County |
| | ) | |
| NATIONWIDE GENERAL INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The Court of Appeals' judgment in this case is vacated and the matter is remanded. On remand to the Court of Appeals, that court is to determine whether Article 41, Article 36 or other statutes govern in this matter. The Court of Appeals may remand this matter to the trial court for further proceedings if necessary.

By order of the Court in Conference, this the 14th day of August, 2020.


s/Davis, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 14th day of August, 2020.


AMY L. FUNDERBURK
Clerk of the Supreme Court of North Carolina

s/Amy L. Funderburk
~~Assistant~~ Clerk